IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAN WU, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:12-CV-0772-M-BH |
| ) | |
| FROST NATIONAL BANK ) | |
|     Defendant. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The claims of plaintiff Lan Wu are **DISMISSED** without prejudice.

**SO ORDERED** this 30th day of May, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAN WU, ) | |
| GARY GILLIAM, ) | |
| SCENIC ENTERPRISES, LLC., ) | |
|     Plaintiffs, ) | |
| vs. ) | No. 3:12-CV-0772-M-BH |
| ) | |
| FROST NATIONAL BANK ) | |
|     Defendant. ) | Referred to U.S. Magistrate Judge |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  By separate judgment, plaintiffs' claims will be **DISMISSED** without prejudice.

    **SO ORDERED this** _____ **day of** _____, 2012.

_____
**UNITED STATES DISTRICT JUDGE**