IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAN WU, ) | |
| GARY GILLIAM, ) | |
| SCENIC ENTERPRISES, LLC., ) | |
| Plaintiffs, ) | |
| vs. ) | No. 3:12-CV-0772-M-BH |
| ) | |
| FROST NATIONAL BANK ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, Plaintiff Gary Gilliam's claims will be **DISMISSED** without prejudice.

**SO ORDERED this 31st day of July, 2012.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS